Michael L. PARR, et al., Plaintiffs,

v.

STATE OF CALIFORNIA,
et al., Defendants.

James R. ADAMS, et al., Plaintiffs,

v.

STATE OF CALIFORNIA,
et al., Defendants,

Johnny G. ADKINS, et al., Plaintiffs,

v.

STATE OF CALIFORNIA,
et al., Defendants.

Jonathan ALSPACH, et al., Plaintiffs,

v.

STATE OF CALIFORNIA,
et al., Defendants.

Nos. CIV–S–92–1115–GEB–PAN, CIV–S–92–1493–GEB–PAN, CIV–S–92–1544–GEB–PAN and CIV–S–94–1211–GEB–PAN.

United States District Court,
E.D. California.

March 1, 1995.

*ORDER*

BURRELL, District Judge.

The opinion filed December 2, 1992, and reported at 811 F.Supp. 507 (E.D.Cal.1992), is withdrawn.

IT IS SO ORDERED.